

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | |
| | ) | CASE NO. **1:11CR368** |
| PEARLINE RICHARDSON, | ) | Title 18, Sections 1591(a)(1), |
| | ) | (b) (1), and (2), 2251(a), |
| | ) | 2252(a)(2), 2252(a)(4)(B), |
| | ) | United States Code |
| Defendant. | ) | |

JUDGE DOWD

COUNT 1

The Grand Jury charges:

1.    From on or about March 1, 2011, and continuing to on or about July 11, 2001, the

exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, the

defendant, PEARLINE RICHARDSON, did knowingly recruit, entice, harbor, transport, provide,

and obtain by any means, in and affecting interstate commerce, a minor under the age of 18

years, namely "S.J.," knowing and in reckless disregard of the fact that means of force, threats of

force, fraud, and coercion would be used to cause "S.J." to engage in a commercial sex act, and

2

that "S.J.," had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a)(1), and 1591(b)(1) and (2).

## COUNT 2

The Grand Jury further charges:

2.      From on or about June 24, 2011, and continuing to on or about July 5, 2011, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, the defendant, PEARLINE RICHARDSON, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means, in and affecting interstate commerce, a person, namely "B.F.," aka "Skye," knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause "B.F.," aka "Skye," to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1), and (b)(1).

## COUNT 3

The Grand Jury further charges:

3.      From on or about June 1, 2011, and continuing to on or about July 14, 2011, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, the defendant, PEARLINE RICHARDSON, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means, in and affecting interstate commerce, a person, namely "J.D.R.," aka "Ginger," and "Redd," knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause "J.D.R.," aka "Ginger," and "Redd," to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1), and (b)(1).

3

## COUNT 4

The Grand Jury further charges:

4.      From on or about March 13, 2011, and continuing to on or about April 1, 2011, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, the defendant, PEARLINE RICHARDSON, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means, in and affecting interstate commerce, a person, namely "S.L.T.," aka "Kandie," and "Redd," knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause "S.L.T.," aka "Kandie," and "Redd," to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1), and (b)(1).

## COUNT 5

The Grand Jury further charges:

5.      On or about March 26, 2011, in the Northern District of Ohio, Eastern Division, the defendant, PEARLINE RICHARDSON, did, employ, use, persuade, induce, entice, and coerce a minor, identified herein as "S.J.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in or affecting interstate and foreign commerce, by any means including by computer, all in violation of Title 18, United States Code, Section 2251(a).

4

## COUNT 6

The Grand Jury further charges:

6.      On or about July 14, 2011, in the Northern District of Ohio, Eastern Division, the

defendant, PEARLINE RICHARDSON, did knowingly possess a computer, which computer

contained numerous visual depictions of a real minor engaged in sexually explicit conduct, as

defined in Title 18, United States Code, Section 2256(2), which visual depictions were produced

using materials that had been mailed, shipped, and transported in or affecting interstate and

foreign commerce, by any means including by computer, all in violation of Title 18, United

States Code, Section 2252(a)(4)(B)

## COUNT 7

The Grand Jury further charges:

7.      From on or about April 14, 2011, to on or about May 22, 2011, the exact dates

unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, the defendant,

PEARLINE RICHARDSON, did knowingly distribute, using any means or facility of interstate

or foreign commerce, a computer image file, which file contained a visual depiction of a real

minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

### FORFEITURE - 18 U.S.C. § 1594(d)

The allegations contained in Counts 1 through 4, inclusive, of this indictment are hereby

realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to

Title 18, United States Code, Sections 1594(d)(1) and (d)(2).  Upon conviction of any or all of

the offenses, the defendant, PEARLINE RICHARDSON, shall forfeit to the United States all

property, real and personal, that was used, or was intended to be used, to commit or to facilitate

5

the commission of the offense(s); and, all property, real and personal, constituting or derived

from any proceeds obtained, directly or indirectly, as a result of the offense(s); including, but not

limited to:

      a.)     $3,000.00 in U.S. currency turned over to the Federal Bureau of Investigation

(FBI) by Randy E. Barnes on or about July 20, 2011.


                                 A TRUE BILL.

Original document – Signatures on file with the Clerk of courts, pursuant to the E-Government

Act of 2002.