IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:11CR368 |
| | ) |
| Plaintiff, | ) JUDGE DAVID D. DOWD, JR. |
| | ) |
| v. | ) |
| | ) |
| PEARLINE RICHARDSON, | ) |
| | ) |
| Defendant. | ) **FINAL ORDER OF FORFEITURE** |

It appears to the Court that the following proceedings for the issuance of a Final Order of Forfeiture have been had in this case:

1. On August 17, 2011, a seven-count indictment (Dkt. No. 11) was returned in this case against defendant Pearline Richardson. Count 1 of the indictment charged defendant Richardson with sex trafficking of children, in violation of 18 U.S.C. § 1591(a)(1).

2. In part, the forfeiture provision set forth in the indictment specified as follows: "Upon conviction . . ., the defendant, PEARLINE RICHARDSON, shall forfeit to the United States all property, real and personal, that was used, or was intended to be used, to commit or to facilitate the commission

of the offense(s); and, all property, real and personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s); including, but not limited to:

    a.) $3,000.00 in U.S. currency turned over to the Federal Bureau of Investigation (FBI) by Randy E. Barnes on or about July 20, 2011.

    3.   A change of plea hearing as to defendant Richardson was held on May 31, 2012. A plea agreement was executed, and defendant Richardson entered a plea of guilty to Count 1 of the indictment [sex trafficking of children, 18 U.S.C. § 1591(a)(1)]. With respect to forfeiture, defendant Richardson agreed to forfeit to the United States ownership and all interest to the following: $3,000.00 in U.S. currency turned over to the Federal Bureau of Investigation (FBI) by Randy E. Barnes on or about July 20, 2011.[1]

    4.   By the Judgment in a Criminal Case [Dkt. No. 82], filed on October 3, 2012, defendant Richardson was sentenced to the custody of the Bureau of Prisons for a period of 132 months.

---

[1] As set forth in the United States' Motion for a Final Order of Forfeiture, it appears that Randy E. Barnes is the ex-husband of defendant Richardson. During an interview by the FBI, Mr. Barnes stated "that a couple weeks before her arrest, [defendant Richardson] asked him to hold some money for her. He said it was $3,000. FBI said he should turn it over to them, and he said he'd think about it. The next day he made an appointment, and brought in the cash."

Counts 2-7 of the indictment were dismissed upon motion of counsel for the United States. With respect to forfeiture, it was ordered that "[t]he defendant shall forfeit the defendant's interest in the following property to the United States: $3,000 in U.S. currency turned over to the Federal Bureau of Investigation (FBI) by Randy E. Barnes on or about July 20, 2011."

5. Under 21 U.S.C. § 853(n), third parties asserting a legal interest in forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

6. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 2, 2013 and ending on March 31, 2013.

7. No third party claims to the subject property were made as a result of the internet notification.

Accordingly, it is ORDERED, ADJUDGED, and DECREED:

8. The following property is finally forfeited to the United States, and no right, title, or interest shall exist in any other party:

- $3,000.00 in U.S. currency turned over to the Federal

Bureau of Investigation (FBI) by Randy E. Barnes on or about July 20, 2011.

    9.    The United States shall seize and take control of this property, and shall dispose of it in accordance with law.

    SO ORDERED this __8__ day of May, 2013.

                                                    s/David D. Dowd, Jr.
                                                    David D. Dowd, JR.
                                                    United States District Judge
                                                    Northern District of Ohio